IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANIEL HUMBERTO BAZAN, #11020-078 | § | |
| VS. | § | CIVIL ACTION NO. 4:12cv362 |
| | § | CRIMINAL ACTION. NO. 4:03cr167(2 |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush who issued a Report and Recommendation concluding that the motion be dismissed without prejudice. Movant filed objections.

Having made a *de novo* review of the objections raised by Movant, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of Movant are without merit. Movant failed to show that the Report and Recommendation was in error. Accordingly, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is

**ORDERED** that Movant's case is **DISMISSED** without prejudice. It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 13th day of September, 2013.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE